UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS VALDEZ,<br><br>    Defendant. | Case No. 18-CR-078-LAL (CC21 - 7058130)<br><br>**\*AMENDED\* JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF PROBATION** |

On October 18, 2018, this matter comes before this Court for hearing on the Petition for Revocation of Probation and Supervised Release filed on October 12, 2018. Appearing on behalf of defendant is Federal Public Defender, Cuauthemoc Ortega, and appearing on behalf of the government is Assistant U.S. Attorney, Sharon McCaslin. Also present is Probation Officer, Mia Espinoza.

The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of the allegations as contained in the Petition and as amended. Based on

defendant's admission to the allegations, the Court finds that the defendant has violated the terms and conditions of probation as imposed on August 16, 2018.

The Court Orders that defendant's probation is hereby revoked, vacated, and set aside as of the date of this hearing. A judgment of conviction is entered and defendant is sentenced as follows:

Defendant is committed to the custody of the Bureau of Prisons for a period of thirty (30) days with no supervision to follow. Defendant shall self-surrender to the United States Marshal for the Central District at 255 E. Temple Street, 3rd Floor, Los Angeles, CA 90012, on Monday, October 29, 2018, by 12:00 noon.

**IT IS SO ORDERED**.

Dated: November 1, 2018

_____
HONORABLE LOUISE A. LAMOTHE
United States Magistrate Judge